# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA LOUISE SOLDANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00040 –JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THE ACION<br><br>FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS<br>(Doc. 2, 4) |

Plaintiff Brenda Louise Soldani seek to proceed *in forma pauperis* in this action for judicial review of the decision to deny her application for Social Security benefits. (Doc. 2, 4) Pursuant to federal statute, a filing fee is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). However, the Court may authorize an action to proceed without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).

To satisfy the requirements of 28 U.S.C. §1915, applicants must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (affidavit is sufficient if it represents that the litigant is "unable to pay for the court fees and costs, and to provide necessities for himself and his dependents") (citing *Adkins v. E. I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948)).

In the affidavit filed January 8, 2019, Plaintiff reported that her husband's income is $4,500 per month and did not identify any household expenses. (Doc. 2 at 2) In addition, Plaintiff indicated their savings account currently has $3,000. (*Id.*) Because the information provided did not support the conclusion that Plaintiff satisfied the requirements of 28 U.S.C. § 1915, the Court ordered Plaintiff to show cause in writing why the request to proceed *in forma pauperis* should not be denied. (Doc. 3)

In response, Plaintiff filed a second application to proceed *in forma pauperis* on January 29, 2019. (Doc. 4) In the second application, Plaintiff reported that her spouse's monthly income is $6,830.00, and that he receives an average of $2,000.00 in gifts each month over the past year. (*Id.* at 1) She asserts they pay $3,819.08 per month in expenses related to home payment, utilities, home maintenance, food, clothing, laundry, medical expenses, transportation, and insurance. (*See id.* at 4) Plaintiff also reports making credit card payments in the amount of $1,700 per month. (*Id.* at 4, 5) Further, she reports spending $441.00 per month on "[r]ecreation, entertainment, newspapers, magazines, etc." (*Id.* at 4) In total, Plaintiff identifies $5,960.08 in monthly expenses. Thus, the reported income—excluding gifts—exceeds the expenses by more than $800. Further, Plaintiff indicated the checking account has $600.00; savings account has $2,000.00; and a trust account "for medical expenses" has $3,000.00 (*Id.* at 1, 6)

Given the reported monthly income— as well as the amount currently in checking and savings accounts—the Court finds Plaintiff fails to demonstrate she is unable to pay the filing fee due to poverty. Requiring Plaintiff to pay the Court filing fees would not impair her ability to obtain the necessities of life. *See Adkins*, 335 U.S. at 339.

**ORDER**

Good cause appearing, the Clerk of Court is DIRECTED to assign a United States District Judge to this action.

**FINDINGS AND RECOMMENDATIONS**

Based upon the foregoing, the Court **RECOMMENDS**:

1. Plaintiff's motion to proceed *in forma pauperis* be **DENIED**; and
2. Plaintiff be directed to pay the filing fee within ten days of any order adopting these recommendations.

2

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within 14 days after being served with these Findings and Recommendations, Plaintiffs may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991); *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014).

IT IS SO ORDERED.

Dated: **January 31, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE