# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA LOUISE SOLDANI, | ) Case No.: 1:19-cv-0040 - AWI - JLT |
| Plaintiff, | ) ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendants. | ) |

Brenda Louise Soldani seeks to proceed in forma pauperis in this action for judicial review of the decision to deny her application for Social Security benefits. (Docs. 2, 4) The magistrate judge reviewed the information provided by Plaintiff and determined she failed to demonstrate that she was unable to pay the filing fee due to poverty, and payment of the filing fee "would not impair her ability to obtain the necessities in life." (Doc. 5 at 2) Therefore, the magistrate judge recommended Plaintiff's motion to proceed *in forma pauperis* be denied. (*Id.*)

Plaintiff was given fourteen days to file objections to the findings and recommendations, and was informed that "failure to file objections within the specified time may waive the right to appeal the District Court's order." (Doc. 5 at 3) (citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)). To date, Plaintiff has not filed any objections to the recommendation. Notably, however, Plaintiff paid the filing fee for this action on February 7, 2019. (Court receipt number 0972-8100505).

1

In accordance with the provisions of 28 U.S.C. § 636, this Court conducted review of the matter. Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations dated January 31, 2019 (Doc. 5) are **ADOPTED IN FULL**;

2. Plaintiff's motions to proceed *in forma pauperis* (Docs. 2, 4) are **DENIED**.

IT IS SO ORDERED.

Dated:  February 24, 2019

SENIOR DISTRICT JUDGE