McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA LOUISE SOLDANI,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-00040-JLT<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a *de novo* hearing and decision.

    Upon remand to the Defendant, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) with directions to hold a new hearing and issue a new decision

Stipulation for Voluntary Remand    -1-

including, but not limited to, consideration of the medical evidence pursuant to 20 C.F.R. §§ 404.1527, 416.927.

As noted, this stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully Submitted,

Dated: December 19, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *Michael K. Marriott*
Michael K. Marriott
Special Assistant U.S. Attorney
Social Security Administration

Dated: December 19, 2019

Pena & Bromberg, Attorneys at Law

*/s/ Jonathan Omar Pena\**
Jonathan Omar Pena
(*By email authorization)

Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: **December 20, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand      -2-