# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA LOUISE SOLDANI, ) | Case No.: 1:19-cv-0040- JLT |
| Plaintiff, ) | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | (Doc. 20) |
| Defendant. ) | |

Brenda Louise Soldani and the Commissioner of Social Security stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 19) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $6,000.00 are **AWARDED** to Brenda Louise Soldani.

IT IS SO ORDERED.

Dated: __**January 30, 2020**__    _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE